IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAMATTA YOULO : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 12-3135 |
| UNITED STATES OF AMERICA : | |

**O R D E R**

**AND NOW**, this  21st  day of   August   , 2013, upon consideration of Defendant United States of America's Motion to Dismiss or, Alternatively, for Summary Judgment (ECF No. 9), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**